FILED
2010 Apr-16 PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TYRE T. WATKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 4:10-cv-00520-CLS-RRA** |
| ) | |
| **MS HAYES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER OF TRANSFER TO MIDDLE DISTRICT

On March 19, 2010, the magistrate judge entered a report recommending that this action be transferred to the United States District Court for the Middle District of Alabama. The plaintiff was advised of his right to file specific written objections within fifteen days. He has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, for the reasons stated in the report and recommendation and pursuant to 28 U.S.C. § 1404(a), it is **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

DONE and ORDERED this 16th day of April, 2010.

_____
United States District Judge